THE HONORABLE THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Hannah Krueger,<br><br>                 Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>                 Defendant. | NO. C21-5477-TLF<br><br>ORDER RE AWARD OF EAJA ATTORNEY'S FEES AND COSTS<br>28 U.S.C. § 2412 |

ORDER

Based upon the motion of the plaintiff, for which there is no opposition, it is hereby

Ordered, Adjudged, and Decreed that the plaintiff shall have a judgement against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $6,495.15 for attorney's and paralegal fees, and expenses in the sum of $15.50 for service of the summons and complaint in this matter, for a total award of $6,510.65. It is further

Order, Adjudged, and Decreed that in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 586, 130 S. Ct. 2521, 2522, 177 L. Ed. 2d 91 (2010), plaintiff's EAJA fees and expenses award is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. *See Id.* If it is determined that the plaintiff's EAJA award is not the subject to any offset allowed pursuant to the

ORDER RE AWARD OF EAJA FEES AND COSTS
28 U.S.C. § 2412 - 1

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

Department of the Treasury's Offset Program, then the check for the EAJA fees and expenses shall be made payable to and mailed to plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

Dated this 13th day of April 2022.

*Theresa L. Fricke*

THE HONORABLE THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

ORDER RE AWARD OF EAJA FEES AND COSTS
28 U.S.C. § 2412 - 2

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300